IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

JOHN F ENGELHORN,

    Plaintiff,

v.                                     CASE NO. 4:11-cv-00253-MP-WCS

EDWIN G BUSS,

    Defendant.

_____/

## O R D E R

This matter is before the Court on Doc. 21, Motion to Appoint Counsel, Motion Requesting Information, and Motion to Explain Duress by John F. Engelhorn. Plaintiff is a prisoner challenging conditions of confinement pursuant to 42 U.S.C. § 1983. As such, this case is referred back to the Magistrate Judge for all further proceedings pursuant to Local Rule 72.2(C).

     **DONE AND ORDERED** this   *9th*  day of August, 2011

                                    *s/Maurice M. Paul*
                              Maurice M. Paul, Senior District Judge