IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

JOHN F ENGELHORN,

    Plaintiff,

v.                                                                          CASE NO. 4:11-cv-00253-MP-WCS

EDWIN G BUSS,

    Defendant.

_____/

## O R D E R

This matter is before the Court on Doc. 26, Motion to Interact with Docket by John F Engelhorn. Plaintiff's motion is construed as a motion for reconsideration of the Magistrate Judge's denial of his motion to appoint counsel. On July 25, 2011, plaintiff filed a motion to voluntarily dismiss this case, which was granted. In light of the fact that plaintiff has voluntarily dismissed this case, his motion to appoint counsel is superfluous. Accordingly, plaintiff's motion for reconsideration, Doc. 26, is denied.

**DONE AND ORDERED** this  _29th_  day of August, 2011

                          *s/Maurice M. Paul*

                          Maurice M. Paul, Senior District Judge